NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

2012-1506

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

## ON MOTION

Before BRYSON, PROST, and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## O R D E R

Samsung Electronics Co., Ltd et al. move to expedite the appeal. Apple Inc. responds.

Samsung may of course significantly self-expedite the case by filing its own brief early. Samsung, however, has not shown that the time for Apple to file its brief should be shortened. Apple should not anticipate any extensions of time to file its brief. Oral argument, if deemed necessary by the court, will be scheduled by subsequent order of the court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to expedite is denied.

FOR THE COURT

JUL 19 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathleen M. Sullivan, Esq.
Michael A. Jacobs, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2012

JAN HORBALY
CLERK